# In The United States Court of Federal Claims

No. 11-541C

(Filed: September 30, 2013)

_____

NEW ORLEANS REGIONAL
PHYSICIAN HOSPITAL
ORGANIZATION, INC., d/b/a/ PEOPLES
HELATH NETWORK,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, October 8, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge