# In The United States Court of Federal Claims

No. 11-541C

(Filed: October 22, 2013)

_____

NEW ORLEANS REGIONAL
PHYSICIAN HOSPITAL
ORGANIZATION, INC., d/b/a/ PEOPLES
HELATH NETWORK,

          Plaintiff,

   v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

     A telephonic status conference will be held in this case on Thursday, October 24, 2013, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.

                                       s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge